U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 4 2016
CLERK, U.S. DISTRICT COURT
By _______ Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

COREY ALLEN (01)
DEMETRIUS BIBBS
a.k.a. "Montana" (02)
SCOTT DANIELS (03)
ROBERT FRANKLIN (04)
AMY HARDI (05)
LARRY HILBURN (06)
DARIEN JACKSON (07)
DARREN KELLEY
a.k.a. "Bumpy" (08)
JAMESE POWELL (09)
MONICA POWELL (10)
TRACI RIVERA (11)
BARBARA ROBERTS
a.k.a. "Barbie" (12)

NO. 3-16CR-445-M

# INDICTMENT

The Grand Jury Charges:

## Count One
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)))

From on or about December 1, 2015 through on or about December 14, 2015, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Robert Franklin**, knowingly entered into an agreement with others known and unknown to the grand jury to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe 1, who had

not attained the age of 18 years, having had a reasonable opportunity to observe Jane Doe 1, knowing or in reckless disregard of the fact that Jane Doe 1 had not attained the age of 18 years, and knowing Jane Doe 1 would be caused to engage in a commercial sex act, and **Robert Franklin** knew of the unlawful purpose of the agreement, and he joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)).

Count Two
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)))

From on or about December 1, 2015 through on or about December 14, 2015, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Corey Allen** and **Barbara Roberts a.k.a. "Barbie,"** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe 2, who had not attained the age of 18 years, having had a reasonable opportunity to observe Jane Doe 2, knowing or in reckless disregard of the fact that Jane Doe 2 had not attained the age of 18 years, and knowing Jane Doe 2 would be caused to engage in a commercial sex act, and **Corey Allen** and **Barbara Roberts a.k.a. "Barbie,"** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)).

Count Three
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)))

From on or about December 14, 2015 through on or about January 6, 2016, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Darien Jackson, Darren Kelley, Jamese Powell, Larry Hilburn** and **Demetrius Bibbs a.ka. "Montana"** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe 1, who had not attained the age of 18 years, having had a reasonable opportunity to observe Jane Doe 1, knowing or in reckless disregard of the fact that Jane Doe 1 had not attained the age of 18 years, and knowing Jane Doe 1 would be caused to engage in a commercial sex act, and **Darien Jackson, Darren Kelley, Jamese Powell, Larry Hilburn** and **Demetrius Bibbs a.ka. "Montana"** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)).

Count Four
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)))

From on or about December 14, 2015 through on or about December 18, 2015, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Darren Kelley, Jamese Powell, Larry Hilburn** and **Demetrius Bibbs a.ka. "Montana"** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe 2, who had not attained the age of 18 years, having had a reasonable opportunity to observe Jane Doe 2, knowing or in reckless disregard of the fact that Jane Doe 2 had not attained the age of 18 years, and knowing Jane Doe 2 would be caused to engage in a commercial sex act, and **Darren Kelley, Jamese Powell, Larry Hilburn** and **Demetrius Bibbs a.ka. "Montana"** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)).

Count Five
Conspiracy to Commit Sex Trafficking of Children
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)))

From on or about November 1, 2013 through on or about August 6, 2014, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Jamese Powell, Traci Rivera** and **Monica Powell,** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain or maintain by any means, in and affecting interstate commerce, Jane Doe 3, who had not attained the age of 18 years, having had a reasonable opportunity to observe Jane Doe 3, knowing or in reckless disregard of the fact that Jane Doe 3 had not attained the age of 18 years, and knowing Jane Doe 3 would be caused to engage in a commercial sex act, and **Jamese Powell, Traci Rivera** and **Monica Powell,** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2)).

Count Six

Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise
(Violation of 18 U.S.C. §§ 1952(a)(3) and (A))

From on or about November 1, 2013 through on or about January 13, 2016, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Jamese Powell, Traci Rivera, Scott Daniels, Amy Hardi** and **Monica Powell,** used facilities in interstate commerce, namely cellular phones and the internet, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is a business enterprise involving prostitution in violation of Texas Penal Code Sec. 43.02, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of 18 U.S.C. §§ 1952(a)(3) and (A).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in Counts One through Six of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Darren Kelley, Larry Hilburn, Demetrius Bibbs a.ka. "Montana," Jamese Powell, Traci Rivera, Scott Daniels, Amy Hardi, Monica Powell, Corey Allen, Barbara Roberts a.k.a. "Barbie,"** and **Robert Franklin** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

COREY ALLEN (01), DEMETRIUS BIBBS a.k.a. "Montana" (02),
SCOTT DANIELS (03), ROBERT FRANKLIN (04),
AMY HARDI (05), LARRY HILBURN (06),
DARIEN JACKSON (07), DARDARREN KELLEY a.k.a. "Bumpy" (08)
JAMESE POWELL (09), MONICA POWELL (10),
TRACI RIVERA (11), BARBARA ROBERTS a.k.a. "Barbie" (12)

---

INDICTMENT

18 U.S.C. § 1594(c) (18 U.S.C. § 1591(a) and (b)(2))
Conspiracy to Commit Sex Trafficking of Children

18 U.S.C. §§ 1952(a)(3) and (A)
Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

6 Counts

---

A true bill rendered

------------------------------------------------------------

DALLAS FOREPERSON

Filed in open court this 4th day of October, 2016.

---

**Warrant to be Issued for COREY ALLEN, DEMETRIUS BIBBS, ROBERT FRANKLIN, LARRY HILBURN, DARIEN JACKSON, DARREN KELLEY, and BARBARA ROBERTS**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3-16-MJ-696-BF